### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

**SCANNED**

| | |
|---|---|
| *United States of America* | ) |
| | ) |
| *vs.* | )     **Criminal Number 04-2E-2** |
| | ) |
| *KELLY MUNNINGS* | ) |

The above named defendant satisfied the judgment of *NOVEMBER 22, 2004* by paying on *MAY 11, 2006* the full balance due on his/her court ordered:

        __X___Assessment
        _____Fine
        _____ Costs
        _____other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____   6·14·06
**Deputy Clerk**                                  **Date**