Kelly E Manning
66268-061 B-3
Federal Prison Camp
P.O. Box A
Alderson, W.V. 24910

United States District Court
17 South Park Row
Erie, PA 16501

RECEIVED
JUL 28 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

