IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| Vs. ) | Criminal Number 04- 2 Erie |
| ) | |
| KELLY ELIZABETH MUNNINGS, ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 31th day of July, 2006, the Defendant having filed a Motion to Vacate Judgment

IT IS HEREBY ORDERED that the Government file a Brief in Opposition to this Motion on or before August 21, 2006.

    S/Sean J. McLaughlin
    Sean J. McLaughlin
    United States District Judge

cc: all parties of record