### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 04-2 Erie |
| KELLY ELIZABETH MUNNINGS, | ) |
|     Defendant. | ) |

## **O R D E R**

AND NOW, this __22ND__, day of August, 2006

IT IS HEREBY ORDERED that this matter is scheduled for an **Evidentiary Hearing** on **Friday, October 20, 2006** at **10:00 a.m.** before the Honorable Sean J. McLaughlin, United States Courthouse and Post Office, 17 South Park Row, Erie, PA

IT IS FURTHER ORDERED that the Clerk of Courts issue Writ of Habeas Corpus Ad Testificandum to the Superintendent for F.C.I. Camp B-3 for the production of the above named defendant, to be present for testimony at Evidentiary Hearing Scheduled on Friday, October 20, 2006 at 10:00 am.

S/Sean J. McLaughlin<br>Sean J. McLaughlin<br>United States District Judge

cc:  All counsel/parties of record