IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) **CRIMINAL NO.:** 04-02 Erie ) |
| KELLY MUNNINGS, | ) ) |
| DEFENDANT. | ) |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of October, 2006, upon consideration of the Defendant's Motion, it is hereby **ORDERED** that said motion be and the same is hereby **GRANTED**.

It is further **ORDERED** that the evidentiary hearing in this matter be rescheduled to occur on _____.


BY THE COURT,


_____, J.
THE HONORABLE SEAN MCLAUGHLIN