IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | |
| VS. | ) | **CRIMINAL NO.:** 04-02 Erie |
| KELLY MUNNINGS, | ) | |
| DEFENDANT. | ) | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of October, 2006, upon consideration of the Defendant's Motion, it is hereby **ORDERED** that said motion be and the same is hereby **GRANTED**.

It is further **ORDERED** that the evidentiary hearing in this matter be rescheduled to occur on December 5, 2006 @ 1:30pm

BY THE COURT,

_____, J.
THE HONORABLE SEAN MCLAUGHLIN