IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-2 Erie |
| | ) |
| KELLY ELIZABETH MUNNINGS, | ) |
| Defendant. | ) |

**O R D E R**

AND NOW, this 18th day of October, 2006

IT IS HEREBY ORDERED that this matter is scheduled for an **Evidentiary Hearing** on **Wednesday, December 5, 2006** at **1:30 p.m.** before the Honorable Sean J. McLaughlin, United States Courthouse and Post Office, 17 South Park Row, Erie, PA

IT IS FURTHER ORDERED that the Clerk of Courts issue Writ of Habeas Corpus Ad Testificandum to the Superintendent for F.C.I. Camp B-3 for the production of the above named defendant, to be present for testimony at Evidentiary Hearing Scheduled on Wednesday, December 5, 2006 at 1:30 pm.

                                                                      S/Sean J. McLaughlin
                                                                      Sean J. McLaughlin
                                                                       United States District Judge

cc: All counsel/parties of record