# United States District Court
## For the Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | Criminal No. 04-02 Erie |
| ) | |
| KELLY ELIZABETH MUNNINGS ) | |
| ) | |
| ) | |
| Defendants. ) | |

**HEARING ON** 2255 MOTION TO VACATE

Before Judge  Sean J. McLaughlin

Held on   December 5, 2006

Marshall Piccinini, AUSA                             Adam Cogan

_____ Appear for Government_____        _____ Appear for Defendant

Hearing begun     3:25 PM                 Hearing adjourned to     5:00 PM

Hearing concluded C.A.V.                  Stenographer Ron Bench

                                          Clerk N. Kierzek

_____ WITNESSES:

Witness: Attorney Stephen Misko, Sworn
Defendant's Exhibits A thru H - Admitted and Attached
Government's Exhibits 1 thru 4 - Admitted and Attached

Ordered on the record that 20 days after receipt of transcript Defendant will file finding of facts and conclusions of law; Government's response due twenty days thereafer.