# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DIVISION |
| | Criminal No. 04-02 ERIE |
| v. | |
| KELLY ELIZABETH MUNNINGS | |
| | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT |
| | Filed on behalf of Defendant, Kelly Elizabeth Munnings |
| | Counsel of Record for this Party: |
| | Stephen M. Misko, Esquire |
| | PA I.D. NO. 59999 |
| | 106 S. Main Street, Suite 704 |
| | Butler, Pennsylvania 16001 |
| | (724) 284-9400 |
| | FAX 284-9402 |

RECEIVED

OCT 28 2004

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



DEFENDANT'S EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
| | : | |
| | : | Criminal No. 04-02 ERIE |
| v. | : | |
| | : | |
| KELLY ELIZABETH MUNNINGS | : | |

**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

AND NOW, comes the Defendant, Kelly Elizabeth Munnings, by and through her attorney, Stephen M. Misko, Esquire, and respectfully files the following Objections to the Presentence Investigation Report, in accordance with the United States Sentencing Guideline (U.S.S.G.) Manual, 6A1.2:

PART A.    THE OFFENSE

Offense Level Computations

31.   Specific Offense Characteristic:

The Defendant objects to a 2-level increase for possession of a dangerous weapon. U.S.S.G. § 2D1.1(b)(1) provides for the increase if a dangerous weapon was possessed. Although a search of the residence at 18329 State Highway 18, Conneautville, PA revealed 5 shotguns, 1 rifle and 2 handguns in the living room, a handgun in the second floor loft, and numerous shotguns, rifles and handguns from a gun cabinet in a rear room of the residence, the Defendant Munnings personally possessed no firearms when she was arrested in the attic. In addition, investigators previously concluded that co-defendant Daniel Hines had purchased shotguns, rifles and handguns. Lastly, there is no evidence that the firearms found at the residence were in any way connected with the instant offense.

39.  **Total Offense Level:**

Based upon the foregoing, the Defendant believes and therefore avers that a 2-level increase for possession of a dangerous weapon is not warranted in this case and, as such, the base offense level should remain at 32. A 3-level reduction for Acceptance of Responsibility is appropriate herein, therefore the total offense level should be calculated as 29.

PART D.    SENTENCING OPTIONS

<u>Custody</u>

82.  **Guideline Provisions:**

The Defendant objects to the conclusion that the guideline range for imprisonment in this case is 135 – 168 months, based upon a total offense level of 31. The Defendant believes and therefore avers that the total offense level is 29 and, as such, the appropriate guideline range is 108 – 135 months.

83.  **Impact of Plea Agreement:**

In addition to the stipulation that 149.7 grams of methamphetamine (actual) is attributable to the Defendant in this case, the parties also agreed that the 10 year mandatory minimum sentence, pursuant to 18 U.S.C. § 846 and 841 (b)(1)(A)(viii), was the appropriate amount of incarceration for the Defendant, given the circumstances of this case.

Respectfully submitted,

*/s/ Stephen M. Misko*

Stephen M. Misko, Esquire
Attorney for Kelly E. Munnings

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
| | : | Criminal No. 04-02 ERIE |
| v. | : | |
| | : | |
| KELLY ELIZABETH MUNNINGS | : | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **Objections to Presentence Investigation Report** was served by Personal Service, on the following parties, on this the 29th day of October, 2004:

> The Honorable Sean J. McLaughlin
> Judges Chambers, Courtroom C
> 17 South Park Row, Second Floor
> Erie, Pennsylvania 16501
>
> Marshal Piccinini, Esquire
> United States Attorney's Office
> 17 South Park Row, Room A330
> Erie, Pennsylvania 16501
>
> Stephen A. Lowers
> United States Probation Officer
> 17 South Park Row, Room A110
> P.O. Box 1598
> Erie, Pennsylvania 16507-059

_____
Stephen M. Misko, Esquire
Attorney for Kelly E. Munnings