IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) | |
| Vs. | )<br>) | CRIMINAL NO. 04-2 ERIE |
| KELLY ELIZABETH MUNNINGS<br>Defendant. | )<br>)<br>) | |

## AMENDED JUDGMENT

AND NOW THIS __4th__ day of August, 2005, pursuant to the Correction of Sentence on Remand 18 U.S.C. 3742(f)(1) and (2)

IT IS HEREBY ORDERED the Defendant, KELLY ELIZABETH MUNNINGS is hereby committed to the Custody of the United States Bureau of Prisons to be imprisoned for a total term of 135 months.

IT IS FURTHER ORDERED that this Court recommends that this Defendant receive intensive drug treatment. All other terms and provisions of the original judgment filed on November 22, 2004, remain in full force and effect.

__s/Sean J. McLaughlin__
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    U.S. Marshal
    Probation/Pretrial
    Federal Bureau of Prisons