IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) **CRIMINAL NO.:** 04-2 **Erie** |
| KELLY MUNNINGS, | ) |
| DEFENDANT. | ) |

**TYPE OF PLEADING:**

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PROPOSED FINDINGS OF FACT/ CONCLUSIONS OF LAW

**FILED ON BEHALF OF:**

KELLY MUNNINGS

DEFENDANT

**ATTORNEY OF RECORD:**

ADAM B. COGAN, ESQUIRE
PA I.D. NO.: 75654

ONE NORTHGATE SQUARE
GREENSBURG, PA 15601

[724] 837-9046

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| VS. | ) **CRIMINAL NO.:** 04-2 **Erie** |
| KELLY MUNNINGS, | ) |
| DEFENDANT. | ) |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PROPOSED FINDINGS OF FACT/CONCLUSIONS OF LAW**

AND NOW, comes the Defendant, KELLY MUNNINGS, by counsel, ADAM B. COGAN, ESQUIRE, and respectfully requests that this Honorable Court afford the Defendant an extension of time to file Proposed Findings of Fact/ Conclusions of Law in this matter. In support thereof, the following is averred:

1. At the conclusion of the December 5, 2006, hearing on the Defendant's Motion to Vacate her Judgment of Sentence pursuant to Title 28, U.S.C., Section 2255, this Court Ordered the filing of Proposed Findings of Fact/Conclusions of Law within 20 days of the production of the transcript of the hearing. As per an ECF notice dated January 17, 2007, that transcript is now available.

2. A status conference has been scheduled to occur in this matter on January 30, 2007, at which time the need for the filing of Proposed Findings of Fact and Conclusions of Law may be obviated.

3. In light of the foregoing, it is respectfully requested that this Court postpone the deadline of the filing of Proposed Findings of Fact/Conclusions of Law until 20 days after the January 30, 2007, status conference.

4. Counsel for the Defendant has discussed the matter with counsel for the United States, Assistant United States Attorney Marshall Piccinini, and Assistant United States Attorney Piccinini is in agreement with this contemplated extension.

WHEREFORE, it is respectfully requested that an Order enter extending the time in which the Defendant may file Proposed Findings of Fact/Conclusions of Law until 20 days following the January 30, 2007, status conference, that is, until February 21, 2007.

RESPECTFULLY REQUESTED,

s/Adam B. Cogan,
ADAM B. COGAN, ESQUIRE
PA I.D. NO.: 75654

ATTORNEY FOR THE DEFENDANT