IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) **CRIMINAL NO.:** 04-2 **Erie** |
| | ) |
| KELLY MUNNINGS, | ) |
| | ) |
| DEFENDANT. | ) |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of January, 2007, upon consideration of the Defendant's Motion for Extension of Time to File Proposed Findings of Fact/Conclusions of Law, it is hereby **ORDERED** that said motions be and the same is hereby **GRANTED**.

It is further **ORDERED** that such Proposed Findings of Fact/Conclusions of Law be filed on or before February 21, 2007.

BY THE COURT,

_____, J.
THE HONORABLE SEAN MCLAUGHLIN